```
1  JOHN A. RUSSO, City Attorney - State Bar #129729
   RANDOLPH W. HALL, Asst. City Atty. – SB#080142
2  STEPHEN Q. ROWELL, Deputy City Atty. – SB#098228
   One Frank H. Ogawa Plaza, 6th Floor
3  Oakland, California 94612
   Telephone: (510) 238-3865    Fax: (510) 238-6500
4  25815:427958

5  Attorneys for Defendant
   CITY OF OAKLAND
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERND DISTRICT OF CALIFORNIA
10
```

| | |
|---|---|
| BEVERLY ALDABASHI, SALEH ALDABASHI, in his own right and as guardian *ad litem* guardian ad litem on behalf of his minor son, SALEH "JULIAN" ALDABASHI,<br><br>    Plaintiffs,<br><br>    v.<br><br>DOES 1 through 20, inclusive, and the CITY OF OAKLAND,<br><br>    Defendant. | Case No. C08-00217 EMC<br><br>**PROOF OF SERVICE** |

19  / / / /
20
21
22  / / / /
23
24  / / / /
25
26  / / / /

**PROOF OF SERVICE**
**Beverly Aldabashi, et al. v. City of Oakland, et al.**
**United States District Court Case No. C08-00217 EMC**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is City Hall, One Frank H. Ogawa Plaza, 6th Floor, Oakland, California 94612. On the date below, I served the within documents:

**DEFENDANT'S NOTICE OF PETITION FOR REMOVAL TO FEDERAL COURT**

**DEFENDANT'S PETITION FOR REMOVAL TO FEDERAL COURT**

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

**GUIDELINES FOR FILING PROCESS**

**ECF REGISTRATION INFORMATION HANDOUT**

**NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL**

**CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE**

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth.

☐ by causing personal delivery by *ONE HOUR DELIVERY SERVICE* of the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by causing such envelope to be sent by Federal Express/ Express Mail.

Omar Krashna, Esq.
KRASHNA LAW FIRM
1440 Broadway, Suite 308
Oakland, CA 94612

/ / / /

/ / / /

1    I am readily familiar with the City of Oakland's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S.
2    Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.
3
     I declare under penalty of perjury under the laws of the State of California that the
4    above is true and correct.

5    Executed on **January 14, 2008**, at Oakland, California.

                                                    _____
                                                    Audrey A. Hall

PROOF OF SERVICE                                                    C08-00217 EMC