UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEVERLY ALDABASHI,

    Plaintiff(s),

v.

CITY OF OAKLAND,

    Defendant(s).
_____/

No. C 08-0217 PJH

**ORDER OF RECUSAL**

TO ALL PARTIES AND COUNSEL OF RECORD:

I, the undersigned judge of the court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2 of the Assignment Plan.

All pending dates of motions, pretrial conferences and trial are hereby vacated and will be reset by the newly assigned judge.

IT IS SO ORDERED.

Dated: January 18, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY ALDABASHI, et al. | Case Number: CV08-00217 PJH |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| CITY OF OAKLAND, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 18, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Beverly Aldabashi
944 W. MacArthur Boulevard
Oakland, CA 94608

Saleh Aldabashi
5037 Sawyer Lake Drive
Arlington, TN 38002

Dated: January 18, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk