# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Aldabashi,<br><br>                    Plaintiff(s),<br><br>        v.<br><br>City of Oakland,<br><br>                    Defendant(s). | 08-00217 JSW<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4     It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: April 10, 2008

              RICHARD W. WIEKING
              Clerk
              by:   Timothy J. Smagacz

              *Timothy Smagacz*
              _____
              ADR Administrative Assistant
              415-522-4205
              Tim_Smagacz@cand.uscourts.gov

PROOF OF SERVICE

Case Name:       Aldabashi v. City of Oakland

Case Number:    08-00217 JSW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On April 10, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Beverly Aldabashi
> 944 W. MacArthur Boulevard
> Oakland, CA 94608
>
> Saleh Aldabashi
> 5037 Sawyer Lake Drive
> Arlington, TN 38002
>
> Saleh Julian Aldabashi
> ,
>
> Stephen Q. Rowell
> City Attorney's Office
> One Frank H. Ogawa Plaza, 6th Floor
> for the City of  Oakland
> Oakland, CA 94612
> SQRowell@oaklandcityattorney.org

[ ] by Facsimile, I caused said documents to be transmitted to the following

parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 10, 2008 in San Francisco, California.

                                             RICHARD W. WIEKING
                                             Clerk
                                             by:    Timothy J. Smagacz

                                             *Timothy Smagacz*
                                             _____
                                             ADR Administrative Assistant
                                             415-522-4205
                                             Tim_Smagacz@cand.uscourts.gov