1

2  OMAR KRASHNA - SB #214567
   KRASHNA LAW FIRM
3  1440 Broadway, Suite 308
   Oakland, California, 94612
4  Telephone: (510) 836-2999  Fax: (510) 836-2900
   okrashna@yahoo.com
5  Attorney for Plaintiff Beverly Aldabashi

6
   SALEH ALDABASHI
7  5037 Sawyer Lake Drive
   Arlington, TN 38002
8  Telephone: (510) 823-8326
   aldabasih@earthlink.net
9  Plaintiff, Pro Per, individually and as guardian ad litem on behalf of
   SALEH "JULIAN" ALDABASHI
10

11 JOHN A. RUSSO, City Attorney - SB #129729
   RANDOLPH W. HALL, Asst. City Atty. - SB #080142
12 WILLIAM E. SIMMONS, Supervising Trial Atty.- SB #121286
   STEPHEN Q. ROWELL, Senior Deputy City Atty.- SB #098228
13 One Frank Ogawa Plaza, 6th Floor
   Oakland, California  94612
14 Telephone:  (510) 238-3865      Fax:  (510) 238-6500
   sqrowell@oaklandcityattorney.org
15 Attorneys for Defendant
   CITY OF OAKLAND
16 25815/445580

17

18                   **UNITED STATES DISTRICT COURT**

19                   **NORTHERN DISTRICT OF CALIFORNIA**

20
   BEVERLY ALDABASHI, SALEH          | Case No.   C 08-00217 JSW
21 ALDABASHI, in his own right and as
   guardian ad litem on behalf of his minor | **JOINT CASE MANAGEMENT**
22 son, SALEH "JULIAN" ALDABASHI,    | **CONFERENCE STATEMENT AND**
                                      | **[Proposed] CASE MANAGEMENT**
23              Plaintiffs,            | **ORDER**

24         v.                          |
                                      | **Date: April 25, 2008**
25                                     | **Time:  1:30 p.m.**
   DOES 1 through 20, inclusive, and the | **Ctrm: 2**
26 CITY OF OAKLAND, CALIFORNIA,

---

**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**          C08-00217 JSW

1
2
3
4

| Defendants. | **Hon. Jeffery S. White** |

5
6
7
8

Pursuant to Civil Local Rule 16-9, the parties to the above-entitled action jointly submit this Case Management Statement and Proposed Order, and request the Court to adopt it as its Case Management Order in this case.

9
10

**1. Jurisdiction and Service**

11
12
13
14
15

This action has been brought under 42 U.S.C. § 1983.  Jurisdiction is based on 28 U.S.C. § 1331 and §1343.  The court has supplemental jurisdiction over state law claims under 28 U.S.C. § 1367.  All named parties have been served with the summons and complaint.

16

**2. Facts**

17
18
19
20
21
22
23
24
25
26

On October 4, 2006, Oakland police officer Bradley Baker shot and killed a German Shepard dog which belonged to the plaintiffs.  The incident occurred when Officer Baker was responding to a domestic disturbance call at a single family residence in Oakland.  He encountered the dog and plaintiff Beverly Aldabashi as he approached the front of the house. Neither plaintiff Saleh Aldabashi, nor plaintiff Julian Aldabashi, was present at any time during the incident.  According to Officer Baker, Ms. Aldabashi let go of the dog's leash and the dog was about to attack him when he shot it.  The plaintiffs deny this and contend that the officer shot the dog without provocation.

**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**            C08-00217 JSW

1   Plaintiff Beverly Aldabashi claims to been struck by bullet fragments when the officer shot

2   at the dog.

3

**The principal <u>factual</u> issues that the parties <u>dispute</u> are:**

4

5           a.      Whether the officer reasonably believed that the dog posed a threat of

6                   serious bodily injury;

7           b.      Whether the dog had been trained as a "attack dog";

8

9           c.      Whether the dog had shown a propensity to bite humans before the
                    incident;

10          d.      Whether the plaintiffs knew or should have known that the dog had a

11                  propensity to bite humans before the incident;

12          e.      Whether the officers' actions caused or contributed to marital
                    difficulties between plaintiffs Beverly Aldabashi and Saleh Aldabashi;

13

14          f.      Whether plaintiff Beverly Aldabashi held the dog's leash when the
                    officer fired his gun;

15

16          g.      Whether plaintiff Beverly Aldabashi suffered physical injuries during
                    the incident;

17

18          h.      The nature and extent of physical or emotional injuries suffered by
                    plaintiffs as a result of the incident;

19

20          i.      The nature and extent of plaintiffs' out of pocket damage;

21          j.      Whether officers who investigated the incident threatened plaintiff
                    Aldabashi;

22          k.      Whether officers conspired against the plaintiffs.

23   **3.  The principal <u>legal</u> issues that the parties' <u>dispute</u> are:**

24

25          a.      Whether the actions of the City or the officers constituted a violation
                    of plaintiffs' constitutional rights;

26

**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**                    **C08-00217 JSW**

b.   Whether any officer engaged in tortuous conduct during the incident;

c.   Whether the defense of qualified immunity applies;

d.   Plaintiff's entitlement to emotional distress damages.

**4. Motions**

Defendants anticipate moving for summary judgment on plaintiffs Fourth Amendment Claims and common law tort theories alleged against the City.

**5.   Amendment of Pleadings**

None anticipated.

**6.   Evidence Preservation**

Plaintiff Beverly Aldabashi's investigation of the incident contains pertinent evidence of the incident including interview statements, photographs, medical records, and service certification of the dog that was killed.  Copies of these materials have been acquired and maintained by Plaintiff Beverly Aldabashi.

The City of Oakland investigation of the incident contains the most pertinent evidence of the incident including interview statements and photographs.  Copies of these materials have been retrieved and are maintained at the Oakland City Attorney's office.

**7.   Disclosures**

Copies of Plaintiff Beverly Aldabashi's Initial Disclosures made pursuant to Federal Rule 26 are attached hereto and incorporated herein as Exhibit A.

Copies of Defendant's Initial Disclosures made pursuant to Federal Rule 26 are attached hereto and incorporated herein as Exhibit B.

**8.  Discovery**

No formal discovery has taken place to date.  The parties agree that the discovery limitations in the Federal Rules of Civil Procedure will apply absent a stipulation or order to the contrary.

**9.  Class Action**

N/A

**10.  Related Cases**

N/A

**11.  Relief**

Plaintiff Beverly Aldabashi, who was personally injured in the subject incident and lost her certified service dog seeks general and special compensatory damages (including direct, indirect, and emotional damages) presumed damages, and nominal damages of at least $500,000.00.  She seeks punitive (exemplary) damages against defendants, in an amount to be determined by the trier of facts. She also seeks an award for three times the actual damages awarded, and for a civil penalty of $25,000.00 for each violation which occurred, pursuant to Cal. Civil Code §§ 52.1 and 52(a), (b). Finally, pursuant to 42 U.S.C. § 1988(b), CCP §1021.5, and Civil Code § 52(b)(3), Plaintiff Beverly Aldabashi seeks reasonable attorney's fees and costs and expenses of litigation.

///

## 12. Settlement and ADR

Defendant is amenable to a settlement conference before a magistrate judge.

## 13. Consent to Magistrate Judge For All Purposes

The parties do not consent to assignment of this case to a United States District Magistrate Judge.

## 14. Other References

This case is not suitable for reference to binding arbitration, a special master or the Judicial Panel on Multidistrict Litigation.

## 15. Narrowing of Issues

Defendants intend to move for summary judgment on the qualified immunity and conspiracy tort issues in the case.

## 16. Expedited Schedule:

None requested.

## 17. Scheduling:

The parties propose:

A. Fact Discovery Cut-Off:  January, 16, 2009

B. Expert disclosures: January 16, 2009

C. Expert discovery: February 13, 2009

D. Hearing of Dispositive Motions:  February 13, 2009

E. Pretrial Conference: March 30, 2009

## 18. Trial Date:

The parties propose:  April 13, 2009          Time estimate: 8 days

### 19. Disclosure of Non-Party Interested Entities or Persons

As per Civil Local Rule 3-16, plaintiff Beverley Aldabashi and defendants are not aware of any persons, firms, partnerships, corporations or other entities which has either (i) a financial interest in the subject matter in controversy or in a part to the proceeding; or (ii) and any other kind of interest that could be substantially affected by the outcome of the proceeding.

### SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civil L.R. 16-12, each of the undersigned certifies that he or she has read the brochure entitled "Dispute Resolution Procedures in the Northern District of California," discussed the available dispute resolution options provided by the court and private entities and has considered whether their case might benefit from any of the available dispute resolution options.

Respectfully submitted,

Dated: April 17  , 2008            _____/s/_____
                                   Omar Krashna
                                   KRASHNA LAW FIRM
                                   Attorneys for Plaintiff
                                     BEVERLY ALDABASHI


Dated:  April   18, 2008           _____/s/_____
                                   SALEH ALDABSHI, individually and as guardian ad litem
                                   for JULIAN ALDABSHI

1

2    Dated: April  18, 2008          JOHN A. RUSSO, City Attorney

3                                    RANDOLPH W. HALL, Assistant City Attorney
                                     WILLIAM E. SIMMONS, Supervising Trial Attorney
4                                    STEPHEN Q. ROWELL, Deputy City Attorney

5

6                                    By:  _____

7                                    Attorneys for Defendant
                                     CITY OF OAKLAND
8

9                        **CASE MANAGEMENT ORDER**

10          The Case Management Statement and Proposed Order is hereby adopted

11   by the Court as the Case Management Order for the case and the parties are ordered to

12   comply with this Order. In addition, the Court orders:

13

14

15

16

17

18        Dated:_____              _____

19                                        JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

**EXHIBIT A**

1   OMAR KRASHNA - SB #214567
    KRASHNA LAW FIRM
2   1440 Broadway, Suite 308
    Oakland, California, 94612
3   Telephone: (510) 836-2999  Fax: (510) 836-2900
    okrashna@yahoo.com
4

5   Attorney for Plaintiff Beverly Aldabashi

6

7                   UNITED STATES DISTRICT COURT

8               NORTHERN DISTRICT OF CALIFORNIA

9

10  BEVERLY ALDABASHI, SALEH           Case No.:  C 08-00217 JSW
    ALDABASHI, in his own right and as
11  guardian ad litem on behalf of his minor son,   PLAINTIFF BEVERLY ALDABASHI'S
12  SALEH "JULIAN" ALDABASHI,          INITIAL DISCLOSURES

13                Plaintiffs,           FRCP 26(a)(1)

14         v.

15  DOES 1 through 20, inclusive, and the
16  CITY OF OAKLAND, CALIFORNIA,

17                Defendants.

18            PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES
19

20         Pursuant to Fed. R. Civ. P. 26(a)(1), Plaintiff BEVERLY ALDABASHI hereby serves

21  the following Initial Disclosures to Defendants.

22         **1. Individuals who may have discoverable information relevant to disputed facts**

23  **alleged with particularity in the pleadings.**

24

25         *Names, Last Known Telephone Numbers.*

           1.  Plaintiff Beverly Aldabashi, c/o Krashna Law Firm;

    *C 08-00217 JSW*                              1
    *Plaintiff Beverly Aldabashi's' Initial Disclosures*

2.  Bianca Sosa—510.282.0857;

3.  Chris Bartell—510.282.0857;

4.  Several Oakland police officers who witnessed the incident; Plaintiff does not

   currently know their identities, but will be able to do so through discovery.

*Subject(s) of the Information Individuals are Likely to Have Relevant to Disputed Facts.*

Plaintiff Beverly Aldabashi; has direct knowledge regarding the facts alleged in the complaint, as she is the primary aggrieved plaintiff;

Bianca Sosa; plaintiff Beverly Aldabashi's then-19 year old daughter; witnessed the incident giving rise to this action;

Chris Bartell; friend of Bianca Sosa; witnessed the incident giving rise to this action;

**2. Documents, Data Compilations, and Tangible Things that are Relevant to Disputed Facts.**

Plaintiff will produce affidavits from the statements of Bianca Sosa and Chris Bartell substantiating Plaintiffs' affirmative claims. Plaintiff also has records relating to her medical care post-incident, and records relating to the service certification of the dog that the primary subject Oakland police officer (i.e. Bradley Baker) shot and killed.

**3. Computation of Damages.**

Plaintiff Beverly Aldabashi, who was personally injured in the subject incident and lost her certified service dog seeks general and special compensatory damages (including direct, indirect, and emotional damages) presumed damages, and nominal damages of at least $500,000.00.  She seeks punitive (exemplary) damages against defendants, in an amount to

1    be determined by the trier of facts. She also seeks an award for three times the actual damages

2    awarded, and for a civil penalty of $25,000.00 for each violation which occurred, pursuant to

3    Cal. Civil Code §§ 52.1 and 52(a), (b). Finally, pursuant to 42 U.S.C. § 1988(b), CCP §1021.5,

4    and Civil Code § 52(b)(3), Plaintiff Beverly Aldabashi seeks reasonable attorney's fees and

5    costs and expenses of litigation.

6

7    DATED:

8                        KRASHNA LAW FIRM

9

10                       _____/s/_____

11                       Omar Krashna

                          Attorney for Plaintiff

12                      BEVERLY ALDABASHI

13

14

15

16

17

18

19

20

21

22

23

24

25

1

## PROOF OF SERVICE

2      I, the undersigned, declare that I am employed in the City of Oakland, County of Alameda, California. I am over 18 years of age and am not a party to the within entitled cause; my business address is 1440 Broadway, Suite 308, Oakland CA 94612. On the date indicated below, I caused to be served the attached documents:

3

4      PLAINTIFF BEVERLY ALDABASHI'S  INITIAL DISCLOSURES

5      on the party/parties in said cause, by placing a true copy thereof in a sealed envelope, each envelope addressed as follows:

6      STEPHEN Q. ROWELL, Senior Deputy City Atty.
City Attorney's Office, City of Oakland

7      One Frank Ogawa Plaza, 6th Floor

8      Oakland, California  94612

9      **XX**      (BY US POSTAL MAIL) placing true and correct copies thereof enclosed in a sealed envelope(s), with first class postage fully prepaid, for collection and mailing at Krashna Law Firm, 1440 Broadway, Suite

10      308, Oakland CA 94612 addressed as set forth above. I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service.

11      Correspondence so placed would be deposited with the United States Postal Service that same day in the ordinary course of business.

12      _____      (BY PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the office of each

13      addressee set forth above.

14      _____      (BY OVERNIGHT DELIVERY) placing true and correct copies thereof enclosed in a sealed envelope(s), for overnight delivery, in a box or other facility regularly maintained by an express service carrier, or

15      delivered to an authorized courier or driver authorized by that express service carrier with delivery fees paid or provided for, addressed to the person(s) on whom it is to be served, at the office address as last given by that person(s) on any document filed in the cause and served on the party making service or at

16      that party's/partys' place of residence.

17      **XX**      (BY FACSIMILE) transmission to a facsimile machine maintained by the person(s) on whom it is served at the facsimile machine telephone number as last given by that person(s) on any document filed in the

18      cause and served on the party making service.

19      I declare under penalty of perjury under the laws of California that the foregoing is true and correct and that this declaration was executed on April _____, 2008, in Oakland, California.

20

21

22      Carolyna Mejia

23

24

25

*C 08-00217 JSW*
*Plaintiff Beverly Aldabashi's Initial Disclosures*

4

**EXHIBIT B**

1  JOHN A. RUSSO, City Attorney - State Bar #129729
   RANDOLPH W. HALL, Asst. City Atty. - SB #080142
2  WILLIAM E. SIMMONS, Supervising Trial Atty.- SB #121286
   STEPHEN Q. ROWELL, Senior Deputy City Atty.- SB #098228
3  One Frank Ogawa Plaza, 6th Floor
   Oakland, California  94612
4  Telephone:  (510) 238-3865      Fax:  (510) 238-6500
   25815/444165
5
   Attorneys for Defendant
6  CITY OF OAKLAND

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

   BEVERLY ALDABASHI, SALEH              Case No.   C08-00217 JSW
10 ALDABASHI, in his own right and as
   guardian *ad litem* guardian ad litem on   **DEFENDANT CITY OF OAKLAND'S**
11 behalf of his minor son, SALEH "JULIAN"   **INITIAL DISCLOSURES**
   ALDABASHI,
12
                Plaintiffs,
13
       v.
14
   DOES 1 through 20, inclusive, and the
15 CITY OF OAKLAND,
16
                Defendants,
17

18         Defendant CITY OF OAKLAND makes the following Initial Disclosure pursuant to

19 Federal Rules of Civil Procedure, Rule 26(a)(1) and Local Rule 16-5.

20 (A)    **WITNESSES**
21
           The following City of Oakland personnel may have pertinent information about the
22
   facts of this case and can be reached by contacting Sr. Deputy City Attorney Stephen Q.
23
   Rowell, One Frank Ogawa Plaza, 6th Floor; Oakland, CA 94612; (510) 238-3865 :
24
25  1.  Officer B. Baker;
26
   2.  Lt. Anthony Villalobos (Oakland Fire Department);

1    3.  Officer Eric McGlaston;

2    4.  Officer David Hazelwood;

3    5.  Officer Michael Mack;

4
     6.  Sergeant Allan Steinberger;
5
     7.  Sergeant Michael Yoell;
6

7        The following individuals may have witnessed some or all of the event and/or may

8    have pertinent information about the facts of this case:

9    1.  Beverley Aldabashi;

10   2.  Bianca Sosa, 944 W. MacArthur Blvd., Oakland, CA;

11
     3.  Richard Ybarra, 944 W. MacArthur Blvd., Oakland, CA;
12
     4.  Chloe Ybarra, 944 W. MacArthur Blvd., Oakland, CA;
13

14   5.  Christopher Bartels, address unknown;

15   6.  Candace Bushnell, 950 W. MacArthur Blvd., #2; Oakland, CA;

16   7.  Toni Wallace, 939 W. MacArthur Blvd.,  Oakland, CA;

17   8.  Matthew Henderson, 944 W. MacArthur Blvd., Oakland, CA.

18   **(B) DOCUMENTS RELEVANT TO DISPUTED FACTS**

19   1.  Crime Report 06-086493;
20
     2.  Use of Force Report #06F-1213
21
22   3.  Recordings of 911 calls

23   4.  Recordings of radio transmissions

24   5.  OPD Incident Recall re subject incident;

25

26                                          -2-
     DEFENDANT CITY OF OAKLAND AND
     CITY OF OAKLAND'S INITIAL DISCLOSURES                    Case No. C C08-00217 JSW

1   6.  The Oakland Police Department Internal Affairs File #06-804, which includes
        photographs and witness statements pertaining to the incident, shall be produced
2       upon execution of stipulation and Protective Order.

3

4   **(C) COMPUTATION OF DAMAGES**

5    Unknown to defendants.

6   **(D) INSURANCE AGREEMENTS**

7   None.  The Oakland Defendants are self-insured.

8
        I certify under penalty of perjury that the foregoing disclosures are accurate and
9
    complete to the best of my knowledge.
10

11

12  April 7, 2008

13                              JOHN A. RUSSO, City Attorney
                                RANDOLPH W. HALL, Assistant City Attorney
14                              WILLIAM E. SIMMONS, Supervising Trial Attorney
                                STEPHEN Q. ROWELL, Sr. Deputy City Attorney
15

16                              By:_____
                                Attorneys for Defendant CITY OF OAKLAND
17

18

19

20

21

22

23

24

25

26                                        -3-

1

**PROOF OF SERVICE**
**Beverly Aldabashi, et al. v. City of Oakland, et al.**
**United States District Court Case No. C08-00217 EMC**

2

3

    I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is City Hall, One Frank H. Ogawa Plaza, 6th Floor, Oakland, California 94612.  On the date set forth below I served the within documents:

4

5

6

**DEFENDANT CITY OF OAKLAND'S INITIAL DISCLOSURES**

7        ☐    by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

8

9        ☒    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth.

10

11       ☐    by causing personal delivery by (name) of the document(s) listed above to the person(s) at the address(es) set forth below.

12       ☐    by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

13       ☐    by causing such envelope to be sent by Federal Express/ Express Mail.

14
         Omar Krashna, Esq.
15       KRASHNA LAW FIRM
         1440 Broadway, Suite 308
16       Oakland, CA  94612

17       I am readily familiar with the City of Oakland's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

18

19

20       I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

21       Executed on April 9, 2008, at Oakland, California.

22

23                                                        Audrey A. Hall

24

25

26