OMAR KRASHNA - SB #214567
KRASHNA LAW FIRM
1440 Broadway, Suite 308
Oakland, California, 94612
Telephone: (510) 836-2999  Fax: (510) 836-2900
okrashna@yahoo.com
Attorney for Plaintiff Beverly Aldabashi

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY ALDABASHI, SALEH ALDABASHI, in his own right and as guardian ad litem on behalf of his minor son, SALEH "JULIAN" ALDABASHI,<br><br>Plaintiffs,<br><br>v.<br><br>DOES 1 through 20, inclusive, and the CITY OF OAKLAND, CALIFORNIA,<br><br>Defendants. | Case No.   C 08-00217 JSW<br><br>NOTICE OF REPRESENTATION, APPEARANCE, AND ASSOCIATION<br><br>Date: April 25, 2008<br>Time: 1:30 p.m.<br>Ctrm: 2<br>Hon. Jeffery S. White |

NOTICE IS HEREBY GIVEN, that the KRASHNA LAW FIRM will represent Plaintiff BEVERLY ALDABASHI in all proceedings in the above-entitled matter. Further, Elaine L. Morinelli, Esq. (SB #120913) will associate with KRASHNA LAW FIRM and appear at the initial case management conference scheduled in the matter.

Mrs. Morinelli's contact information is as follows:  6009 Buena Ventura Ave., Oakland, CA 94605; 510.832.4221(tel); 510.903.1322(facsimile).

1  Respectfully submitted,

3  Dated: April 25, 2008

   _____
4  Omar Krashna
   KRASHNA LAW FIRM
5  Attorneys for Plaintiff
   BEVERLY ALDABASHI

NOTICE OF REPRESENTATION AND APPEARANCE                C08-00217 JSW

2