IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BEVERLY ALDABASHI, et al.,

    Plaintiffs,                              No. C 08-00217 JSW

  v.

CITY OF OAKLAND,                        **ORDER TO SHOW CAUSE**

    Defendant.
                                          /

This matter came before the Court for a case management conference on Friday, April 25, 2008. On January 28, 2008, this Court issued an Order setting the date for the case management conference and required that the parties and/or their lead counsel appear. That Order also required submission of a case management statement seven days before the case management conference. Plaintiff's lead counsel failed to appear for that case management conference. In addition, the parties have failed to comply with this Court's alternative dispute resolution procedures.

Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE in writing no later than May 2, 2008, as to why this case should not be dismissed for failure to prosecute. Failure to respond to this Order by **May 2, 2008** shall result in dismissal of this matter without prejudice.

**IT IS SO ORDERED.**

Dated: April 25, 2008

                                                   JEFFREY S. WHITE
                                                   UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BEVERLY ALDABASHI et al,

    Plaintiff,

v.

CITY OF OAKLAND et al,

    Defendant.

Case Number: CV08-00217 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 28, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Saleh Aldabashi
5037 Sawyer Lake Drive
Arlington, TN 38002

Dated: April 28, 2008

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk