# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTE ORDER

**JUDGE:  JEFFREY S. WHITE**              **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: April 25, 2008                  **Court Reporter**:  Sylvia Russo

**CASE NO. C- 08-217 JSW**

**TITLE:**  Beverly Aldabashi, et al., v. City of Oakland

**COUNSEL FOR PLAINTIFF:**                **COUNSEL FOR DEFENDANT:**

Elaine Morinelli                          Stephen Rowell
Saleh Aldabashi (pro se)

**PROCEEDINGS:**   Initial Case Management Conference

**RESULTS:**   The Court ordered an OSC to issue for Mr. Krashna for violating this Court's rules. The Court sent the pro se plaintiff to the clerks office for the Pro Se Handbook.

**ADR:  Settlement Conference before a randomly assigned Magistrate Judge to be completed by 7-24-08.**

**Close of fact discovery:  1-16-09**

**Close of Expert discovery:  2-13-09**

**Further CMC:  8-29-08 at 1:30 p.m.**
**Supplemental CMC statement due:  8-22-08**

**Hearing on dispositive motions (if any):  2-6-09 at 9:00 a.m.**

**Pretrial Conference:  3-23-09 at 2:00 p.m.**

**Bench Trial:  4-13-09 at 8:30 a.m.**

**cc:  Wings Hom**