OMAR KRASHNA - SB #214567
KRASHNA LAW FIRM
1440 Broadway, Suite 308
Oakland, California, 94612
Telephone: (510) 836-2999  Fax: (510) 836-2900
Email: okrashna@yahoo.com

Elaine L. Morinelli-SB #120913
Law Offices of Elaine L. Morinelli
6009 Buena Ventura Ave.
Oakland, CA 94605
Telephone: (510) 832-4221 Fax: (510) 903-1322
Email: elmlaw@sonic.net

Attorneys for Plaintiff Beverly Aldabashi

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY ALDABASHI, SALEH ALDABASHI, in his own right and as guardian ad litem on behalf of his minor son, SALEH "JULIAN" ALDABASHI, <br><br> Plaintiffs, <br><br> v. <br><br> DOES 1 through 20, inclusive, and the CITY OF OAKLAND, CALIFORNIA, <br><br> Defendants. | Case No.   C 08-00217 JSW <br><br> **DECLARATION OF OMAR KRASHNA RE OSC ISSUED ON 4/25/2008** |

I, OMAR KRASHNA, am an attorney for Plaintiff BEVERLY ALDABASHI in the

above-entitled matter, and declare as follows:

DECLARATION                                        C08-00217 JSW

1       1.   In my preparation for proceeding with representation of my client, in this matter,

2  I reviewed the Court's local rules and the relevant standing orders of Judge White.

3       2.   Nevertheless, pursuant to local rule 16-10(a), as lead counsel for Beverly

4
Aldabashi, I erred in not seeking leave/excuse from the Court to have my co-counsel

5

6  appear at the initial case management conference ("CMC") in this matter.

7       3.   On the day before the initial CMC, in haste, I assigned co-counsel, Ms.

8  Morinelli, to appear in my stead. It was my intention to appear. However, on the eve of the

9  CMC, I discovered that an ultimately dispositive motion I had pending in the Alameda

10  County Superior Court mandated my appearance the following day—April 25. The court

11  had not issued a tentative ruling on the motion. Rather, I had to appear in the presiding

12
department to argue the motion, which confirmed a final judgment in my client's favor.

13

14  Further, I was the only attorney in my office who had worked on the case.

15      4.  While I would normally never prioritize a superior court matter over a matter

16  pending before this Court, the above-recited circumstances led to my inadvertence of the

17  local rule requiring my attendance. I will take more earnest measures to avoid any similar

18  circumstance throughout the further proceedings in this matter.

19      5.  Finally, with regard to the parties' collective failure to comply with the Court's

20
ADR procedures, I will take initiative to confer with the other parties to assure future

21

22  compliance.

23  ///

24

25  ///

26

1        I declare under penalty of perjury, that the foregoing is true and correct, except as

2   to those matters stated on information and belief, and as to those matters, I believe them

3   to be true.

4

5   Respectfully submitted,

6

7   Dated: April 30, 2008

8                               Omar Krashna
                            KRASHNA LAW FIRM

9                               Attorneys for Plaintiff
                            BEVERLY ALDABASHI

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**DECLARATION**                                        **C08-00217 JSW**