IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BEVERLY ALDABASHI, et al.,

    Plaintiffs,

v.

CITY OF OAKLAND,

    Defendant.

No. C 08-00217 JSW

**SECOND ORDER TO SHOW CAUSE**

    This matter came before the Court for a case management conference on Friday, April 25, 2008. On January 28, 2008, this Court issued an Order setting the date for the case management conference and required that the parties and/or their lead counsel appear. That Order also required submission of a case management statement seven days before the case management conference. Plaintiff's lead counsel failed to appear for that case management conference. In addition, the parties failed to comply with this Court's alternative dispute resolution procedures.

    Accordingly, this Court issued an Order to Show Cause ("Order") as to why this case should not be dismissed for failure to prosecute. The Court ordered that failure to respond by May 2, 2008 would result in dismissal of this matter without prejudice. On April 30, 2008, this Court received a submission from Omar Krashna in response to the Order which indicated that he prioritized a matter before the Alameda County Superior Court and failed to attend the case management conference in this case. This is insufficient to discharge the Order.

    Accordingly, Plaintiff's counsel is HEREBY ORDERED TO SHOW CAUSE in writing no later than **May 19, 2008** as to why Mr. Krashna should not be sanctioned in the amount of

$500. Failure to respond to this Order by May 19, 2008 shall result in an order from this Court requiring Mr. Krashna personally to pay $500 to the Clerk of the Court for failure to abide by this Court's rules.

**IT IS SO ORDERED.**

Dated: May 14, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE