OMAR KRASHNA - SB #214567
KRASHNA LAW FIRM
1440 Broadway, Suite 308
Oakland, California, 94612
Telephone: (510) 836-2999  Fax: (510) 836-2900
Email: okrashna@yahoo.com

Elaine L. Morinelli-SB #120913
Law Offices of Elaine L. Morinelli
6009 Buena Ventura Ave.
Oakland, CA 94605
Telephone: (510) 832-4221 Fax: (510) 903-1322
Email: elmlaw@sonic.net

Attorneys for Plaintiff Beverly Aldabashi

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY ALDABASHI, SALEH ALDABASHI, in his own right and as guardian ad litem on behalf of his minor son, SALEH "JULIAN" ALDABASHI,<br><br>Plaintiffs,<br><br>v.<br><br>DOES 1 through 20, inclusive, and the CITY OF OAKLAND, CALIFORNIA,<br><br>Defendants. | Case No.  C 08-00217 JSW<br><br>**DECLARATION OF OMAR KRASHNA RE OSC ISSUED ON 5/14/2008** |

I, OMAR KRASHNA, am an attorney for Plaintiff BEVERLY ALDABASHI in the above-entitled matter, and declare as follows:

**DECLARATION**                                                                                              C08-00217 JSW

1

1. In my preparation for proceeding with representation of my client, in this matter, I reviewed the Court's local rules and the relevant standing orders of Judge White.

2. Further, my non-appearance at the 4/25/08 Case Management Conference in this matter was not a function of intentionally prioritizing the previously-referenced law and motion matter in Alameda County Superior Court over proceedings in this Court. It was an act of inadvertence with regard to my review of local rule 16-10(a). In that regard, I express apology to the Court.

I declare under penalty of perjury, that the foregoing is true and correct, except as to those matters stated on information and belief, and as to those matters, I believe them to be true.

Respectfully submitted,

Dated: May 16, 2008

Omar Krashna
KRASHNA LAW FIRM
Attorneys for Plaintiff
BEVERLY ALDABASHI

DECLARATION                                                C08-00217 JSW