IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BEVERLY ALDABASHI, et al.,

    Plaintiffs,

v.

CITY OF OAKLAND,

    Defendant.

No. C 08-00217 JSW

**ORDER DISCHARGING ORDER TO SHOW CAUSE AND LEVYING SANCTIONS**

This matter came before the Court for a case management conference on Friday, April 25, 2008. On January 28, 2008, this Court issued an Order setting the date for the case management conference and required that the parties and/or their lead counsel appear. That Order also required submission of a case management statement seven days before the case management conference. Plaintiff's lead counsel failed to appear for that case management conference. In addition, the parties have failed to comply with this Court's alternative dispute resolution procedures.

Accordingly, the Court issued an Order to Show Cause ("Order") as to why this case should not be dismissed for failure to prosecute. The Court ordered that failure to respond by May 2, 2008 would result in dismissal of this action without prejudice. On April 30, 2008, this Court received a submission from Omar Krashna in response to the Order which indicate that he prioritized a matter before the Alameda County Superior Court and failed to attend the case management conference in this case. The Court found this was insufficient to discharge the Order.

On May 14, 2008, Plaintiff's counsel was again ordered to show case in writing by no later than May 19, 2008 as to why he should not personally be sanctioned in the amount of $500. On May 19, 2008, the Court received another submission from Omar Krashna which indicated that he inadvertently failed to review Civil Local Rule 16-10(a) which requires lead counsel to attend the initial case management conference. The Court finds that this explanation does not constitute excusable neglect and therefore sanctions Omar Krashna personally in the amount of $500. The payment shall be made directly to the Clerk of the Court by no later than May 23, 2008 with proof of such payment before the Court no later than May 27, 2008.

**IT IS SO ORDERED.**

Dated: May 20, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE