1  JOHN A. RUSSO, City Attorney - State Bar No. 129729
   RANDOLPH W. HALL, Assistant City Attorney - State Bar No. 080142
2  WILLIAM E. SIMMONS, Supervising Trial Attorney- State Bar No. 121266
   STEPHEN Q. ROWELL, Deputy City Attorney - State Bar No. 098228
3  One Frank Ogawa Plaza, 6th Floor
   Oakland, California 94612
4  Telephone: (510) 238-3865    Fax: (510) 238-6500
   Email: sqrowell@oaklandcityattorney.org

5  25815/458723

6  Attorneys for Defendant
7  CITY OF OAKLAND

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11
   BEVERLY ALDABASHI, SALEH                    Case No.  C 08-00217 -JSW
12 ALDABASHI, in his own right and as
   guardian *ad litem* guardian ad litem on
13 behalf of his minor son, SALEH "JULIAN"    STIPULATION AND PROPOSED
   ALDABASHI,                                  ORDER TO COMPEL THE DEPOSITION
14                                             OF BEVERLY ALDABASHI
                   Plaintiffs,
15
          v.
16
   DOES 1 through 20, inclusive, and the
17 CITY OF OAKLAND,

18
19
                   Defendants.
20 .

21
22         Plaintiff Beverly Aldabashi inexplicably failed to appear at her scheduled

23 deposition on June 27, 2008. The deposition was originally noticed to take place on June

24 6, 2008 but was continued at Ms. Aldabashi's request due to illness.

25         In light of the foregoing, counsel for plaintiff Beverly Aldabashi and the City of

26 Oakland Counsel for stipulate to entry of an order compelling plaintiff Beverly Aldabashi

STIPULATION AND PROPOSED ORDER COMPELLING THE DEPOSITION OF BEVERLY ALDABASHI

1  appear for deposition at 10:00 a.m., July 22, 2008 at the Oakland City Attorney's Office,
2  One Frank Ogawa Plaza, Oakland California and that Ms. Aldabashi reimburse the City of
3  Oakland $271.25 (the cost of the court reporter) stemming from her failure to appear at
4  her deposition on June 27, 2008. Ms. Aldabashi is to bring the documents requested in
5  the original notice of deposition. The deposition may be videotaped.

Date: 7/11/08

OMAR KRASHNA
Attorney for BEVERLY ALDABASHI

Date 7/11/08

STEPHEN Q. ROWELL
Attorney for Defendant
CITY OF OAKLAND

**ORDER**

**It is so ordered.**

HONORABLE JEFFREY WHITE
United States District Court