JOHN A. RUSSO, City Attorney - State Bar No. 129729
RANDOLPH W. HALL, Assistant City Attorney - State Bar No. 080142
WILLIAM E. SIMMONS, Supervising Trial Attorney- State Bar No. 121266
STEPHEN Q. ROWELL, Deputy City Attorney - State Bar No. 098228
One Frank Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-3865      Fax: (510) 238-6500
Email: sqrowell@oaklandcityattorney.org

25815/458723

Attorneys for Defendant
CITY OF OAKLAND

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY ALDABASHI, SALEH ALDABASHI, in his own right and as guardian *ad litem* guardian ad litem on behalf of his minor son, SALEH "JULIAN" ALDABASHI,<br><br>            Plaintiffs,<br><br>    v.<br><br>DOES 1 through 20, inclusive, and the CITY OF OAKLAND,<br><br>            Defendants.<br>. | Case No.   C 08-00217 -JSW<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO COMPEL THE DEPOSITION OF BEVERLY ALDABASHI** |

     Plaintiff Beverly Aldabashi inexplicably failed to appear at her scheduled deposition on June 27, 2008. The deposition was originally noticed to take place on June 6, 2008 but was continued at Ms. Aldabashi's request due to illness.

     In light of the foregoing, counsel for plaintiff Beverly Aldabashi and the City of Oakland Counsel for stipulate to entry of an order compelling plaintiff Beverly Aldabashi

1  appear for deposition at 10:00 a.m., July 22, 2008 at the Oakland City Attorney's Office,
2  One Frank Ogawa Plaza, Oakland California and that Ms. Aldabashi reimburse the City of
3  Oakland $271.25 (the cost of the court reporter) stemming from her failure to appear at
4  her deposition on June 27, 2008. Ms. Aldabashi is to bring the documents requested in
5  the original notice of deposition. The deposition may be videotaped.

Date: 7/11/08

OMAR KRASHNA
Attorney for BEVERLY ALDABASHI

Date 7/11/08

STEPHEN Q. ROWELL
Attorney for Defendant
CITY OF OAKLAND

ORDER

**It is so ordered.**

July 11, 2008

HONORABLE JEFFREY WHITE
United States District Court