OMAR KRASHNA - SB #214567
KRASHNA LAW FIRM
1440 Broadway, Suite 308
Oakland, California, 94612
Telephone: (510) 836-2999  Fax: (510) 836-2900
okrashna@yahoo.com

Attorney for Plaintiff Beverly Aldabashi

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY ALDABASHI, SALEH ALDABASHI, in his own right and as guardian ad litem on behalf of his minor son, SALEH "JULIAN" ALDABASHI,<br><br>Plaintiffs,<br><br>v.<br><br>DOES 1 through 20, inclusive, and the CITY OF OAKLAND, CALIFORNIA,<br><br>Defendants. | Case No.: C 08-00217 JSW<br><br>STIPULATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF ATTORNEY FOR PLAINTIFF BEVERLY ALDABASHI |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff BEVERLY ALDABASHI hereby substitutes herself in pro per, at 944 W. MacArthur Blvd., Oakland, CA 94608, 510.285.7866, as counsel in lieu and in place of Krashna Law Firm, at 1440 Broadway, Suite 308, Oakland, CA 94612, 510.836.2999, effective immediately.

Accordingly, Krashna Law Firm should be removed from all service lists maintained in connection with this matter, and all correspondence and service of process related to Plaintiff BEVERLY ALDABASHI should be directed only to her.

*C 08-00217 JSW*                                                                                   1
*Stipulation and [Proposed] Order for Substitution of Attorney*

1  THE UNDERSIGNED CONSENT AND STIPULATE TO THE ABOVE SUBSTITUTION:

3  Dated: August 15th, 2008

_____
Plaintiff BEVERLY ALDABASHI

7  Dated: August 15, 2008

KRASHNA LAW FIRM

_____
Omar Krashna
Attorney for Plaintiff
BEVERLY ALDABASHI

13  Dated: August 15, 2008

JOHN A. RUSSO, City Attorney
RANDOLPH W. HALL, Assistant City Attorney
WILLIAM E. SIMMONS, Supervising Trial Attorney
STEPHEN Q. ROWELL, Deputy City Attorney

_____
Attorneys for Defendant
CITY OF OAKLAND

SO ORDERED:

Dated:_____

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

*C 08-00217 JSW*                                    2
*Stipulation and [Proposed] Order for Substitution of Attorney*