1   OMAR KRASHNA - SB #214567
    KRASHNA LAW FIRM
2   1440 Broadway, Suite 308
    Oakland, California, 94612
3   Telephone: (510) 836-2999  Fax: (510) 836-2900
    okrashna@yahoo.com
4
5   Attorney for Plaintiff Beverly Aldabashi

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9

10
    BEVERLY ALDABASHI, SALEH                Case No.:  **C 08-00217 JSW**
11  ALDABASHI, in his own right and as
    guardian ad litem on behalf of his minor son,
12  SALEH "JULIAN" ALDABASHI,
                                             **STUPULATION AND [PROPOSED] ORDER**
13              Plaintiffs,                  **FOR SUBSTITUTION OF ATTORNEY FOR**
                                             **PLAINTIFF BEVERLY ALDABASHI**
14         v.

15  DOES 1 through 20, inclusive, and the
16  CITY OF OAKLAND, CALIFORNIA,

17              Defendants.

18
        TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
19
        PLEASE TAKE NOTICE that Plaintiff BEVERLY ALDABASHI hereby substitutes
20
    herself in pro per, at 944 W. MacArthur Blvd., Oakland, CA 94608, 510.285.7866, as counsel
21
    in lieu and in place of Krashna Law Firm, at 1440 Broadway, Suite 308, Oakland, CA 94612,
22
    510.836.2999, effective immediately.
23
        Accordingly, Krashna Law Firm should be removed from all service lists maintained in
24
    connection with this matter, and all correspondence and service of process related to Plaintiff
25
    BEVERLY ALDABASHI should be directed only to her.

    *C 08-00217 JSW*                         1
    *Stipulation and [Proposed] Order for Substitution of Attorney*

1   THE UNDERSIGNED CONSENT AND STIPULATE TO THE ABOVE SUBSTITUTION:

2

3   Dated: August 15th, 2008

4

5                                                    Plaintiff BEVERLY ALDABASHI

6

7   Dated: August 15, 2008

8                                                    KRASHNA LAW FIRM

9

10

11                                                   Omar Krashna
                                                     Attorney for Plaintiff
12                                                   BEVERLY ALDABASHI

13  Dated: August 15, 2008

14                                                   JOHN A. RUSSO, City Attorney
                                                     RANDOLPH W. HALL, Assistant City
15                                                   Attorney
                                                     WILLIAM E. SIMMONS, Supervising Trial
16                                                   Attorney
                                                     STEPHEN Q. ROWELL, Deputy City
17                                                   Attorney

18

19

20                                                   Attorneys for Defendant
                                                     CITY OF OAKLAND
21

22  SO ORDERED:

23  Dated: August 18, 2008

24                                                   JEFFREY S. WHITE

25                                                   UNITED STATES DISTRICT JUDGE