# CIVIL MINUTES

**Chief Magistrate Judge James Larson**

**Date:** July 23, 2008

**Case No.:** C 08-0217 JSW  (JL)

**Case Name:**   Beverly Aldabashi, et al., v. City of Oakland, et al.,

**Counsel Present:**     **Plaintiff**: Omar Krashna

                         **Defendant:** Stephen Q. Rowell

**Deputy Clerk:** Venice E. Thomas

I hereby certify that a settlement conference was held in the above-referenced cases with the following outcome:

|          |                                           |
|----------|-------------------------------------------|
| _____  | Settle                                    |
| _____  | Partial settlement                        |
|   X      | Did not settle                            |
|          | Further settlement conference ordered: _____ |

**Time:**    1.5 hrs

**Comments:**

*[signature: Venice E. Thomas]*

Venice E. Thomas,  Deputy Clerk

cc: Wings Hom, Jennifer Ottolini