# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**  **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: August 29, 2008  **Court Reporter:** Belle Ball

**CASE NO. C-8-217 JSW**

**TITLE:** Beverly Aldabashi, et al., v. City of Oakland

**COUNSEL FOR PLAINTIFF:**        **COUNSEL FOR DEFENDANT:**

No appearance                Steven Rowell

**PROCEEDINGS:  Further Case Management Conference**

**RESULTS:**   There is no appearance by or for Plaintiff.
Counsel for defendant indicated that the Plaintiff did not appear for the scheduled deposition.

The Court shall issue an Order to Show Cause re: Failure to Prosecute.