**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BEVERLY ALDABASHI, ET AL.,

    Plaintiffs,

v.

CITY OF OAKLAND,

    Defendant.
_____/

No. C 08-00217 JSW

**ORDER OF DISMISSAL**

    This matter came before the Court for a case management conference on Friday, August 29, 2008. On April 29, 2008, this Court set the August 29, 2008 date for the case management conference, which requires parties and/or their lead counsel to appear. The Court also required submission of a case management statement seven days before the case management conference. Plaintiffs, appearing *pro se*, failed to appear for that case management conference. Counsel for Defendant also indicated that Plaintiff has failed to appear for her scheduled deposition.

    Accordingly, on September 2, 2008, this Court issued an order to show cause writing no later than September 19, 2008, as to why this case should not be dismissed for failure to prosecute. The Court indicated that failure to respond to the order to show cause by September 19, 2008 would result in dismissal of this matter without prejudice.

1 Having not received any submission from Plaintiff, this matter is dismissed without
2 prejudice for failure to prosecute.  The Clerk shall close the file.

3

4 **IT IS SO ORDERED.**

5 Dated:  September 29, 2008

6                                              JEFFREY S. WHITE
                                             UNITED STATES DISTRICT JUDGE

7

8

(lines 9–28 blank)

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BEVERLY ALDABASHI et al,

    Plaintiff,

v.

CITY OF OAKLAND et al,

    Defendant.

Case Number: CV08-00217 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 29, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Beverly Aldabashi
944 W. MacArthur Boulevard
Oakland, CA 94608

Saleh Aldabashi
5037 Sawyer Lake Drive
Arlington, TN 38002

Dated: September 29, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk